1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BIBIANO VILLALOBOS, JR.

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. 1:12-mj-00044 DLB
                                      )
12 |         Plaintiff,                ) STIPULATION TO CONTINUE STATUS
                                      ) CONFERENCE HEARING; ORDER
13 |     v.                            )
                                      ) DATE: June 27, 2012
14 | BIBIANO VILLALOBOS, JR.,          ) TIME: 1:30 p.m.
                                      ) JUDGE: Honorable Sheila K. Oberto
15 |         Defendant.                )
                                      )

16

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19 attorneys of record herein, Special Assistant United States Attorney, Wallace J. Lee, counsel for plaintiff,

20 and Samya Burney, counsel for defendant, that the status conference hearing in the above-entitled matter

21 now scheduled for May 30, 2012, may be continued to June 27, 2012 at 1:30 p.m.

22     Good cause exists for the continuance to allow additional time for the expected transfer of the case

23 from the Central District of California pursuant to Federal Rule of Criminal Procedure 20. Additionally,

24 the defendant would like to attend the graduation of a family member on the date currently set for the

25 status conference. The Speedy Trial Act does not apply in this case. The requested continuance will

26 conserve time and resources for both counsel and the court.

27 / / /

28 / / /

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 24, 2012 | | /s/ Wallace J. Lee<br>WALLACE J. LEE<br>Special Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 24, 2012 | | /s/ Samya Burney<br>SAMYA BURNEY<br>Staff Attorney<br>Attorney for Defendant<br>Bibiano Villalobos, Jr. |

**O R D E R**

The Status Conference in the above-entitled matter is continued from May 30, 2012 before Judge McAuliffe to June 27, 2012 at 1:30 p.m. before Judge Oberto.

IT IS SO ORDERED.

Dated: **May 25, 2012**          /s/ **Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE