ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SHARON McCASLIN (Cal. State Bar. No. 71864)
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6874
    Facsimile: (213) 534-4300
    E-Mail: Sharon.McCaslin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-00368-UA |
|---|---|---|
|     Plaintiff, | ) | [~~PROPOSED~~] ORDER RE: DISMISSAL |
|     v. | ) | |
| BIBIANO VILLALOBOS | ) | |
|     Defendants. | ) | |

IT IS HEREBY ORDERED that the Information filed against defendant BIBIANO VILLALOBOS in CR 12-00368-UA be dismissed without prejudice.

Dated: 6/12/12

_____
DUTY MAGISTRATE JUDGE

Presented by:

_____/s/_____
SHARON K. McCASLIN
Assistant United States Attorney
Environmental Crimes Section